533.   JEFFRIES *v*. WESTERN UNION TELEGRAPH COMPANY.

POWELL, J.   This case is controlled by the case of *Dunn* v. *Western Union Telegraph Company*, this day decided.

*Judgment affirmed, with direction.*